**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CHARLES LAMONT BRITT,<br>　　Plaintiff, | CIVIL ACTION NO.<br>3:17-cv-02159 (JCH) |
| v. | |
| ELM CITY COMMUNITIES,<br>　　Defendant. | OCTOBER 15, 2018 |

**ORDER RE: MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DOC. NO. 33)**

The plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 33) is granted in part and denied in part, nunc pro tunc. To the extent plaintiff seeks to add a new defendant "landlord" (see Amended Complaint, Doc. No. 33-1 at 2), the Motion to Amend Complaint is denied without prejudice. If plaintiff seeks to bring a claim against a "landlord," he must name the landlord and provide an address for service, as well as plead a cause of action which seeks relief from that defendant (see remedy section of Amended Complaint – relief sought from only defendant, Elm City Communities.) (See Doc. 33-1 at 11).

The Clerk is directed to docket the Amended Complaint.

**SO ORDERED**.

Dated this 15th day of October 2018 at New Haven, Connecticut.

　　　　　　　　　　　　　　　　　　　　　/s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　United States District Judge