# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES LAMONT BRITT, | : CASE NO. 3:17CV-02159-JCH |
| Plaintiff, | |
| v. | |
| ELM CITY COMMUNITIES, | |
| Defendants. | : NOVEMBER 1, 2018 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.C.P. Rule 56, the Defendant, Elm City Communities, hereby moves for summary judgment with respect to the Plaintiff's Amended Complaint dated August 23, 2018. There are no genuine issues of material fact and the Defendant is entitled to judgment as a matter of law. The Defendant submits a memorandum of law in support of this motion. The pro-se Plaintiff, Mr. Charles Britt, has been served with the Rule 56(b) Notice.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

THE DEFENDANT,

/s/ Donn A. Swift, Esq.
DONN A. SWIFT, ESQ.
LYNCH, TRAUB, KEEFE & ERRANTE, P.C.
52 TRUMBULL STREET, POB 1612
NEW HAVEN, CT 06510
Federal Bar No. ct05274
E-mail: DSwift@LTKE.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\MSJ 9.24.18.DOCX

## CERTIFICATION

This is to certify that the foregoing was e-filed by defendant and served by regular mail on anyone unable to accept electronic filing, on November 1, 2018. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ DONNA A. SWIFT

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\MSJ 9.24.18.DOCX