## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES LAMONT BRITT, | : | CASE NO. 3:17CV-02159-JCH |
| Plaintiff, | | |
| v. | | |
| ELM CITY COMMUNITIES, | | |
| Defendants. | : | NOVEMBER 1, 2018 |

## LOCAL RULE 56(A)(1) STATEMENT

For purposes of its Motion for Summary Judgment and pursuant to D. Conn. L. Civ. R. 56(A)(1), the Defendant, Elm City Communities, respectfully submits the following statement of each material fact as to which the moving Defendant contends there is no genuine issue to be tried in support of its Motion for Summary Judgment.

1. The Plaintiff was a tenant at 358 Orange Street, Apartment 616, New Haven, Connecticut 06511. (Ex. 1, Lease).

2. The landlord of property located at 358 Orange Street, Apartment 616, New Haven, Connecticut 06511 is and was the Defendant, Elm City Communities. (Ex. 1, Lease).

3. The property located at 358 Orange Street, Apartment 616, New Haven, Connecticut 06511 is and was a public housing unit owned by the Housing Authority of New Haven, also known as Elm City Communities. (Ex.1 , Lease).

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\RULE 56 STATEMENT.DOCX

4. The Plaintiff entered a lease agreement with Housing Authority of New Haven for 358 Orange Street, Apartment 616, New Haven, Connecticut 06511 on March 2, 2015. (Ex.1 , Lease).

5. Section Six of the Lease sets forth the Plaintiff obligations as a tenant. (Ex. 1, Lease, §6).

6. Among other things, Section Six of the Lease requires the Plaintiff to comply with all state and federal laws, refrain from unauthorized profit making activities, and refrain from engaging in drug-related criminal activity or other criminal activity that threatens the rights and safety of other tenants. (Ex. 1, Lease, §6 ¶¶A; H; DD).

7. In October 2015, the Narcotics Enforcement Unit of the New Haven Police Department was conducting an undercover investigation. (Ex. 2, NHPD Police Report).

8. New Haven Police Officer Monk claimed that the Plaintiff's apartment located at 358 Orange Street, Apartment 616, New Haven, Connecticut 06511 was "plagued with illicit drug activity." (Ex. 2, NHPD Police Report, at p. 3).

9. According to Officer Monk's report, it was alleged that the Plaintiff, Charles Britt, sold Oxycodone pills to an undercover officer inside his apartment located at 358 Orange Street, Apartment 616, New Haven, Connecticut 06511. (Ex. 2, NHPD Police Report, at p. 4).

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\RULE 56 STATEMENT.DOCX

10. Based on the allegations in the Police Report, an arrest warrant for the Plaintiff, Charles Britt, was obtained. (Ex. 2, NHPD Police Report, at p. 4).

11. The Plaintiff was arrested on November 16, 2015 and charged with sale of a narcotic substance in violation of C.G.S. § 21a-278(b) and sale of a narcotic substance within 1,500 feet of a school in violation of C.G.S. § 21a-279(d). (Ex. 3, Pre-Termination Notice, at p. 2).

12. On December 1, 2015, the Defendant's attorney mailed the Plaintiff a Pre-Termination Notice. (Ex. 3, Pre-Termination Notice).

13. The Pre-Termination Notice states that the Plaintiff was in violation of his Lease with the New Haven Housing Authority and cites his November 16, 2015 arrest as a violation of Section Six of the Lease. (Ex. 3, Pre-Termination Notice, pp. 1-2).

14. The Pre-Termination Notice states that the Defendant landlord was terminating the lease in accordance with Connecticut General Statutes §§ 47a-11; 47a-32; and 47a-15(c)-(d) as the Plaintiff's arrest constituted a nuisance and serious nuisance to the community. (Ex. 3, Pre-Termination Notice, p. 3).

15. The Pre-Termination Notice provides a fifteen day period for Charles Britt to request a grievance hearing. (Ex. 3, Pre-Termination Notice, p. 4).

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\RULE 56 STATEMENT.DOCX

16. The Defendant did not receive a grievance hearing request from Charles Britt within the fifteen day period. (Ex. 4, Affidavit of Gary Hogan, ¶5).

17. On January 9, 2016, a State Marshal served a Notice to Quit on the Plaintiff, Charles Britt, by abode service at 358 Orange Street, Apartment 616, New Haven, Connecticut 06511. (Ex. 5, Notice to Quit).

18. The Defendant filed a summary process action in New Haven Housing Court with a return date of February 6, 2016. (Ex. 6, Court Notice of Docket Number).

19. On February 24, 2016, Charles Britt was defaulted for failing to appear in the summary process action. (Ex. 7, Court Notice).

20. On March 2, 2016, the New Haven Housing Court issued a summary process execution for possession. (Ex. 8, Execution).

21. On April 8, 2016, the Plaintiff, Charles Britt, drafted a letter to Monica, an Elm City Community Employee, regarding the eviction. (Ex. 9, Ltr. From Britt to Monica).

22. Exhibit 9 claims that Charles Britt was incarcerated in Pennsylvania since December 21, 2015. (Ex. 9, Ltr. From Britt to Monica).

23. The eviction of Charles Britt was predicated upon his arrest of November 16, 2015. (Ex. 4, Affidavit of Gary Hogan, ¶6).

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\RULE 56 STATEMENT.DOCX

24. Elm City Communities is and was the Housing Authority of New Haven. (Ex. 4, Affidavit of Gary Hogan, ¶4).

THE DEFENDANT,

/s/ Donn A. Swift, Esq.
DONN A. SWIFT, ESQ.
LYNCH, TRAUB, KEEFE & ERRANTE, P.C.
52 TRUMBULL STREET, POB 1612
NEW HAVEN, CT 06510
Federal Bar No. ct05274
E-mail: DSwift@LTKE.com
TEL. (203) 787 0275
FAX: (203) 782 0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\RULE 56 STATEMENT.DOCX

## CERTIFICATION

This is to certify that the foregoing was e-filed by defendant and served by regular mail on anyone unable to accept electronic filing, on November 1, 2018. Notice of this e-filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ DONNA A. SWIFT

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET P.O. BOX 1612 NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275 FACSIMILE (203) 782-0278

W:\11000-11999\11937 HAI\451 CHARLES LAMONT BRITT VS. ELM CITY COMMUNITIES\PLEADINGS\2018\RULE 56 STATEMENT.DOCX