```
                                              1

                                        VOLUME I
                                        PAGES 1-62
                                        EXHIBITS 1-8


          UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT

             No. 3:17-CV-02159-JCH


*******************************************
                                          *
CHARLES LAMONT BRITT,                     *
                      Plaintiff           *
                                          *
           VS.                            *
                                          *
ELM CITY COMMUNITIES,                     *
                      Defendant           *
                                          *
*******************************************
```

DEPOSITION OF CHARLES LAMONT BRITT, taken pursuant to the Federal Rules of Civil Procedure, at the Carl Robinson Correctional Institute, 285 Shaker Road, Enfield, CT, before Diana M. Noel, a Registered Professional Reporter and Certified Realtime Reporter, in and for the State of Connecticut, on Thursday, February 14, 2019, commencing at 8:50.

```
          DEL VECCHIO REPORTING SERVICES, LLC
                    117 Randi Drive
              Madison, Connecticut 06443
                Telephone 203-245-9583

Hartford, CT         New Haven, CT         Stamford, CT
800-839-6867         800-839-6867          800-839-6867
```

Del Vecchio Reporting Services

```
 1    A P P E A R A N C E S:

 2
      PRO SE:
 3
              CHARLES LAMONT BRITT
 4            P.O. Box 1400
              Enfield, CT -7493
 5

 6    FOR THE DEFENDANT:

 7            DONN A. SWIFT, ESQUIRE
              LYNCH, TRAUB, KEEFE & ERRANTE, PC
 8            52 Trumbull Street
              P.O. Box 1612
 9            New Haven, CT 06506-1612
              Tel:  203.787.0275     Fax:  203.782.0278
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    A.    I pleaded guilty.
2    Q.    You don't think that was a felony; that was a
3    misdemeanor, you believe?
4    A.    A misdemeanor.
5    Q.    Now, in the affidavit --
6    A.    To the best of my knowledge, misdemeanors.
7    Q.    Okay.
8    A.    Sorry, I didn't mean to cut you off.
9    Q.    No problem.
10            In the affidavit, you indicated that you
11   continued to live in the apartment on Orange Street
12   until December 21 of 2015; is that accurate?
13   A.    Yes.  I occupied it daily until December 21.
14   Q.    Now, what happened on December 21 of 2015?
15   Where did you go next?
16   A.    I took a ride to -- we went shopping in
17   Pennsylvania, in the mall out there, and I basically had
18   a mental breakdown.  I was going through a lot of
19   things.  What I perceived to be some racial profiling
20   took place, and I ended up arrested.
21   Q.    So was this in the Scranton area?
22   A.    Scranton, yes.  It was Lackawanna County, but
23   the prison was in Scranton.
24   Q.    So what was the charge at that point?
25   A.    The charge was false identification to a law

1  June 2, 2016, you were never at the apartment on Orange
2  Street in New Haven?
3     A.   I was not.
4     Q.   Did you ever tell anybody at the housing
5  authority where you were during that time?
6     A.   I sent a message to my mother, because I didn't
7  know the actual address next door where their office
8  was, so I told my mother -- I gave her the phone number
9  and had her contact them.  I wrote her probably like a
10 week or two weeks after the New Years was over and said,
11 Contact them and tell them that you need access to my
12 mailbox so you can pay the rent.
13          If they ask where I'm at, just say I'm away
14 on mental health issues.  I'm dealing with mental health
15 issues.
16    Q.   Okay.  So did you personally have any contact
17 with the housing authority?
18    A.   I did not personally have any contact with the
19 housing authority.
20    Q.   So you never told them where you were during
21 this time of December of 2015 to June of 2016?
22    A.   No.
23    Q.   From -- during that period of time, was the only
24 address the housing authority had for you was the
25 apartment on Orange Street?

61

CERTIFICATE

I, DIANA M. NOEL, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that there came before me CHARLES LAMONT BRITT, who was by me duly sworn and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to writing under my direction; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS THEREOF, I have hereunto set my hand this 22nd day of March, 2019.

*[signature]*
DIANA M. NOEL, Notary Public
Registered Professional Reporter
Certified Realtime Reporter

My Commission Expires:
    June 12, 2022